IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANTHONY MORRIS

      Petitioner,

v.                             Civ. Act No. 04-1307-SLR

RICHARD KEARNEY, Warden, and

M. JANE BRADY,
Attorney General of the state of Delaware.

FILED
JUN - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion for Appointment of Counsel

    Comes Now, Anthony Morris, pro se, Moves the Court for Appointment of Counsel, And states As follows: (1) Petitioner is indigent and without Funds to obtain Counsel. (2) Petitioner is not a High School graduate, Nor does he has a G.E.D. He is Currently Attending H.S. (3) Prior to trial, Petitioner develope an Conflict with my trial Counsel. (4) Trial Court inform me to let the Counsel Represent me, or Represent myself. (5) Petitioner waive counsel and Proceeded Pro se. (6) After being found guilty at trial, Petitioner was left to file his own Direct appeal, which was easily deny. (7) Petitioner

Submitted his habeas Corpus to be at the one year dead line, but does not have any formal Legal. (3) Petitioner beleives he been deny substantial Due Process, but is unable to formulate the issue to the Court Properly.

  Wherefore, Petitioner Prays that the Court Appoint Counsel to Assist me in developing the factual legal Arguments of my case which warrants in the Interest of Justice.

          *Anthony Morris*
          Anthony Morris

Date: 5-30-05

Certificate of Service

I, Anthony Morris, Certify that on May 30, 2005 He caused to be mailed by first class U.S Mail One copy of Attached Document to Respondent:

                Thomas E. Brown
                Deputy Attorney General
                Department of Justice
                114 E. Market st
                Georgetown, DE 19947

Date: May 30, 2005                 *Anthony Morris*
                                               Anthony Morris

I/M: Anthony Moin  BLDG: Merit-west
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947



1335   U.S. POSTAGE   PB 2230370
7993   $00.370   MAY 31 05
9822   FROM ZIP CODE   19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE
19801-3570