IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| RICK KEARNEY, and<br>JANE M. BRADY,<br><br>    v.<br><br>ANTHONY MORRIS,<br><br>    Appellant. | )<br>)<br>)<br>)<br>)   04-1307<br>)<br>)<br>) |

## MOTION FOR LEAVE TO APPEAL
## IN FORMA PAUPERIS

Comes Now, Appellant, Anthony Morris hereby moves the Court for leave to appeal in forma pauperis, and in support thereof represents:

1. Appellant is indigent.

2. Appellant has attached an affidavit in support of this Motion For Leave to Appeal In Forma Pauperis.

3. Appellant believes his appeal has arguable merit.

FILED
NOV 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Anthony Morris_
Anthony Morris
Sussex Correctional Institution
Georgetown, DE  19947

DATED: 11-22-05

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2005, I place one (1) copy of MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS in the Sussex Correctional Institution mail box to be mailed by United States Postal Services, to:

Thomas Brown
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801

DATED: 11-22-05

                                                  Anthony Morris
                                                Sussex Correctional Institution

*[Envelope image]*

Return address:
I/M: Anthony Morris    BLDG. Merit - west
SUSSEX CORRECTIONAL INSTITUTION    S.B.I 300363
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Addressee:
Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE    19801-3570

U.S. POSTAGE $01.29
1085  7918  5562

U.S.M.S. X-RAY [stamp]