Printed: 11/18/2005

## Average Daily Balance For Pauper Filing

Page 1 of 4

### For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005

**SBI: 00300363**     **NAME:  MORRIS, ANTHONY**

| Date | Balance |
|------|---------|
| 05/01/2005 | $0.00 |
| 05/02/2005 | $0.00 |
| 05/03/2005 | $0.00 |
| 05/04/2005 | $23.50 |
| 05/05/2005 | $22.46 |
| 05/06/2005 | $22.46 |
| 05/07/2005 | $22.46 |
| 05/08/2005 | $22.46 |
| 05/09/2005 | $22.46 |
| 05/10/2005 | $22.46 |
| 05/11/2005 | $22.46 |
| 05/12/2005 | $19.20 |
| 05/13/2005 | $19.20 |
| 05/14/2005 | $19.20 |
| 05/15/2005 | $19.20 |
| 05/16/2005 | $19.20 |
| 05/17/2005 | $19.20 |
| 05/18/2005 | $19.20 |
| 05/19/2005 | $0.02 |
| 05/20/2005 | $0.02 |
| 05/21/2005 | $0.02 |
| 05/22/2005 | $0.02 |
| 05/23/2005 | $0.02 |
| 05/24/2005 | $0.02 |
| 05/25/2005 | $0.02 |
| 05/26/2005 | $0.02 |
| 05/27/2005 | $0.02 |
| 05/28/2005 | $0.02 |
| 05/29/2005 | $0.02 |
| 05/30/2005 | $0.02 |
| 05/31/2005 | $0.02 |
| 06/01/2005 | $0.02 |
| 06/02/2005 | $0.02 |
| 06/03/2005 | $0.02 |
| 06/04/2005 | $0.02 |
| 06/05/2005 | $0.02 |
| 06/06/2005 | $0.02 |
| 06/07/2005 | $19.64 |
| 06/08/2005 | $19.64 |
| 06/09/2005 | $10.78 |
| 06/10/2005 | $10.78 |
| 06/11/2005 | $10.78 |
| 06/12/2005 | $10.78 |
| 06/13/2005 | $10.78 |
| 06/14/2005 | $10.78 |
| 06/15/2005 | $10.78 |
| 06/16/2005 | $3.89 |
| 06/17/2005 | $3.89 |

04-1307 (SLR)



FILED

NOV 2 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Average Daily Balance For Pauper Filing*

*For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005*

*SBI: 00300363*          *NAME:     MORRIS, ANTHONY*

| Date | Balance |
|------|---------|
| 06/18/2005 | $3.89 |
| 06/19/2005 | $0.00 |
| 06/20/2005 | $0.00 |
| 06/21/2005 | $0.00 |
| 06/22/2005 | $0.00 |
| 06/23/2005 | $0.00 |
| 06/24/2005 | $0.00 |
| 06/25/2005 | $0.00 |
| 06/26/2005 | $0.00 |
| 06/27/2005 | $49.89 |
| 06/28/2005 | $49.89 |
| 06/29/2005 | $49.89 |
| 06/30/2005 | $49.89 |
| 07/01/2005 | $66.55 |
| 07/02/2005 | $66.55 |
| 07/03/2005 | $66.55 |
| 07/04/2005 | $66.55 |
| 07/05/2005 | $66.55 |
| 07/06/2005 | $66.55 |
| 07/07/2005 | $10.37 |
| 07/08/2005 | $10.37 |
| 07/09/2005 | $10.37 |
| 07/10/2005 | $10.37 |
| 07/11/2005 | $30.37 |
| 07/12/2005 | $30.37 |
| 07/13/2005 | $30.37 |
| 07/14/2005 | $17.15 |
| 07/15/2005 | $17.15 |
| 07/16/2005 | $17.15 |
| 07/17/2005 | $17.15 |
| 07/18/2005 | $27.15 |
| 07/19/2005 | $27.15 |
| 07/20/2005 | $27.15 |
| 07/21/2005 | $15.66 |
| 07/22/2005 | $40.66 |
| 07/23/2005 | $40.66 |
| 07/24/2005 | $40.66 |
| 07/25/2005 | $40.66 |
| 07/26/2005 | $40.66 |
| 07/27/2005 | $80.66 |
| 07/28/2005 | $46.78 |
| 07/29/2005 | $46.78 |
| 07/30/2005 | $46.78 |
| 07/31/2005 | $46.78 |
| 08/01/2005 | $46.78 |
| 08/02/2005 | $46.78 |
| 08/03/2005 | $46.78 |
| 08/04/2005 | $37.42 |

Printed: 11/18/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005

**SBI: 00300363          NAME:     MORRIS, ANTHONY**

| Date | Balance |
|------|---------|
| 08/05/2005 | $64.78 |
| 08/06/2005 | $64.78 |
| 08/07/2005 | $64.78 |
| 08/08/2005 | $64.78 |
| 08/09/2005 | $61.28 |
| 08/10/2005 | $61.28 |
| 08/11/2005 | $153.62 |
| 08/12/2005 | $153.62 |
| 08/13/2005 | $153.62 |
| 08/14/2005 | $153.62 |
| 08/15/2005 | $153.62 |
| 08/16/2005 | $153.62 |
| 08/17/2005 | $153.62 |
| 08/18/2005 | $129.25 |
| 08/19/2005 | $129.25 |
| 08/20/2005 | $129.25 |
| 08/21/2005 | $129.25 |
| 08/22/2005 | $129.25 |
| 08/23/2005 | $129.25 |
| 08/24/2005 | $129.25 |
| 08/25/2005 | $114.13 |
| 08/26/2005 | $114.13 |
| 08/27/2005 | $114.13 |
| 08/28/2005 | $114.13 |
| 08/29/2005 | $114.13 |
| 08/30/2005 | $114.13 |
| 08/31/2005 | $114.13 |
| 09/01/2005 | $122.55 |
| 09/02/2005 | $122.55 |
| 09/03/2005 | $122.55 |
| 09/04/2005 | $122.55 |
| 09/05/2005 | $122.55 |
| 09/06/2005 | $122.55 |
| 09/07/2005 | $122.55 |
| 09/08/2005 | $148.01 |
| 09/09/2005 | $144.51 |
| 09/10/2005 | $144.51 |
| 09/11/2005 | $144.51 |
| 09/12/2005 | $144.51 |
| 09/13/2005 | $144.51 |
| 09/14/2005 | $144.51 |
| 09/15/2005 | $142.75 |
| 09/16/2005 | $142.75 |
| 09/17/2005 | $142.75 |
| 09/18/2005 | $142.75 |
| 09/19/2005 | $142.75 |
| 09/20/2005 | $142.75 |
| 09/21/2005 | $142.75 |

Printed: 11/18/2005          *Average Daily Balance For Pauper Filing*          Page 4 of 4
          *For Days the Individual was in Residence at SCI from 5/1/2005 through 10/31/2005*

SBI:  *00300363*          NAME:    *MORRIS, ANTHONY*

| Date | Balance |
|------|---------|
| 09/22/2005 | $140.76 |
| 09/23/2005 | $140.76 |
| 09/24/2005 | $140.76 |
| 09/25/2005 | $140.76 |
| 09/26/2005 | $140.76 |
| 09/27/2005 | $140.76 |
| 09/28/2005 | $140.76 |
| 09/29/2005 | $122.76 |
| 09/30/2005 | $122.76 |
| 10/01/2005 | $122.76 |
| 10/02/2005 | $122.76 |
| 10/03/2005 | $122.76 |
| 10/04/2005 | $122.76 |
| 10/05/2005 | $132.76 |
| 10/06/2005 | $151.61 |
| 10/07/2005 | $151.61 |
| 10/08/2005 | $151.61 |
| 10/09/2005 | $151.61 |
| 10/10/2005 | $151.61 |
| 10/11/2005 | $151.61 |
| 10/12/2005 | $151.61 |
| 10/13/2005 | $150.05 |
| 10/14/2005 | $150.05 |
| 10/15/2005 | $150.05 |
| 10/16/2005 | $150.05 |
| 10/17/2005 | $150.05 |
| 10/18/2005 | $150.05 |
| 10/19/2005 | $150.05 |
| 10/20/2005 | $148.04 |
| 10/21/2005 | $148.04 |
| 10/22/2005 | $148.04 |
| 10/23/2005 | $148.04 |
| 10/24/2005 | $148.04 |
| 10/25/2005 | $148.04 |
| 10/26/2005 | $148.04 |
| 10/27/2005 | $126.58 |
| 10/28/2005 | $126.58 |
| 10/29/2005 | $126.58 |
| 10/30/2005 | $126.58 |
| 10/31/2005 | $126.58 |

*Summary for 'SBI' =  00300363 (184 detail records)*          **Average Daily Balance:**    $74.11

# Prior Month -- Individual Statement

Date Printed: 11/18/2005

Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00300363 | MORRIS | ANTHONY | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Pay-To | | 5/4/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | ($3.50) |
| Payroll | | 5/4/2005 | $27.00 | $0.00 | $0.00 | $0.00 | $23.50 |
| Commissary | | 5/5/2005 | ($1.04) | $0.00 | $0.00 | $0.00 | $22.46 |
| Commissary | | 5/12/2005 | ($3.26) | $0.00 | $0.00 | $0.00 | $19.20 |
| Commissary | | 5/19/2005 | ($19.18) | $0.00 | $0.00 | $0.00 | $0.02 |
| | | | | | | Ending Mth Balance: | $0.02 |

# Prior Month -- Individual Statement

Date Printed: 11/18/2005

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.02 |
|---|---|---|---|---|---|---|
| 00300363 | MORRIS | ANTHONY | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 6/7/2005 | $19.62 | $0.00 | $0.00 | $0.00 | $19.64 |
| Commissary | | 6/9/2005 | ($8.86) | $0.00 | $0.00 | $0.00 | $10.78 |
| Commissary | | 6/16/2005 | ($6.89) | $0.00 | $0.00 | $0.00 | $3.89 |
| Medical | | 6/19/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $3.89 |
| Medical | | 6/19/2005 | ($3.89) | ($0.11) | $0.00 | $0.00 | $0.00 |
| Visit MO | TIMOTHY MORRIS | 6/27/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Medical | | 6/27/2005 | ($0.11) | $0.00 | $0.00 | $0.00 | $49.89 |
| | | | | | Ending Mth Balance: | | $49.89 |

# Prior Month -- Individual Statement

Date Printed:  11/18/2005                                                                Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $49.89 |
|---|---|---|---|---|---|---|
| 00300363 | MORRIS | ANTHONY | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Pay-To | | 7/1/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $46.39 |
| Payroll | | 7/1/2005 | $20.16 | $0.00 | $0.00 | $0.00 | $66.55 |
| Commissary | | 7/7/2005 | ($56.18) | $0.00 | $0.00 | $0.00 | $10.37 |
| Mail MO | DAVID GEYER | 7/11/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $30.37 |
| Commissary | | 7/14/2005 | ($13.22) | $0.00 | $0.00 | $0.00 | $17.15 |
| Visit MO | TIMOTHY MORRIS | 7/18/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $27.15 |
| Commissary | | 7/21/2005 | ($11.49) | $0.00 | $0.00 | $0.00 | $15.66 |
| Visit MO | TIMOTHY MORRIS | 7/22/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $40.66 |
| Mail MO | DAVID GEYER | 7/27/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $60.66 |
| Commissary | | 7/28/2005 | ($13.88) | $0.00 | $0.00 | $0.00 | $46.78 |
| | | | | | Ending Mth Balance: | | $46.78 |

# Prior Month -- Individual Statement

Date Printed:  11/18/2005                                                          Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $46.78 |
|-----|-----------|------------|-----|--------|------------------|--------|
| 00300363 | MORRIS | ANTHONY | | | | |

Current Location:    MERIT WEST

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 8/4/2005 | ($9.36) | $0.00 | $0.00 | $0.00 | $37.42 |
| Payroll | | 8/5/2005 | $27.36 | $0.00 | $0.00 | $0.00 | $64.78 |
| Pay-To | | 8/9/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $61.28 |
| Visit MO | JOHNETA MORRIS | 8/11/2005 | $95.00 | $0.00 | $0.00 | $0.00 | $156.28 |
| Commissary | | 8/11/2005 | ($2.66) | $0.00 | $0.00 | $0.00 | $153.62 |
| Commissary | | 8/18/2005 | ($24.37) | $0.00 | $0.00 | $0.00 | $129.25 |
| Commissary | | 8/25/2005 | ($15.12) | $0.00 | $0.00 | $0.00 | $114.13 |

| | Ending Mth Balance: | $114.13 |
|---|---------------------|---------|

# Prior Month -- Individual Statement

Date Printed: 11/18/2005                                                                 Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $114.13 |
|-----|-----------|------------|-----|--------|------------------|---------|
| 00300363 | MORRIS | ANTHONY | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 9/1/2005 | ($11.58) | $0.00 | $0.00 | $0.00 | $102.55 |
| Mail MO | DAVID GEYER | 9/1/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $122.55 |
| Commissary | | 9/8/2005 | ($15.14) | $0.00 | $0.00 | $0.00 | $107.41 |
| Payroll | | 9/8/2005 | $40.60 | $0.00 | $0.00 | $0.00 | $148.01 |
| Pay-To | | 9/9/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $144.51 |
| Commissary | | 9/15/2005 | ($1.76) | $0.00 | $0.00 | $0.00 | $142.75 |
| Commissary | | 9/22/2005 | ($1.99) | $0.00 | $0.00 | $0.00 | $140.76 |
| Commissary | | 9/29/2005 | ($18.00) | $0.00 | $0.00 | $0.00 | $122.76 |
| | | | | | Ending Mth Balance: | | $122.76 |

# Prior Month -- Individual Statement

Date Printed: 11/18/2005

Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $122.76 |
|-----|-----------|------------|----|--------|------------------|---------|
| 00300363 | MORRIS | ANTHONY | | | | |
| Current Location: | MERIT WEST | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Mail MO | DAVID GEGER | 10/5/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $132.76 |
| Pay-To | | 10/6/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $129.26 |
| Commissary | | 10/6/2005 | ($18.25) | $0.00 | $0.00 | $0.00 | $111.01 |
| Payroll | | 10/6/2005 | $40.60 | $0.00 | $0.00 | $0.00 | $151.61 |
| Copies | | 10/7/2005 | $0.00 | $0.00 | ($1.25) | $0.00 | $151.61 |
| Commissary | | 10/13/2005 | ($1.56) | $0.00 | $0.00 | $0.00 | $150.05 |
| Commissary | | 10/20/2005 | ($12.01) | $0.00 | $0.00 | $0.00 | $138.04 |
| Mail MO | DAVID GEYER | 10/20/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $148.04 |
| Commissary | | 10/27/2005 | ($20.21) | $0.00 | $0.00 | $0.00 | $127.83 |
| Copies | | 10/27/2005 | ($1.25) | $0.00 | $0.00 | $0.00 | $126.58 |
| | | | | | | Ending Mth Balance: | $126.58 |

U.S. POSTAGE
$01.29
FROM ZIP CO
1085
7918
5562

I/M: Anthony Morris ___ BLDG. Merit - west
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500     S.B.I 300363
GEORGETOWN, DELAWARE 19947

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building

Lockbox 18
844 King Street
Wilmington, DE      19801-3570

U.S.M.S
X-RAY

LEGAL MAIL