CPS-187                                                                April 6, 2006
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
C.A. No. **05-4945**

ANTHONY MORRIS

    VS.

WARDEN, RICHARD KEARNEY, ET AL.

    (D. DEL. CIV. NO. 04-CV-01307)

Present:    BARRY, SMITH AND NYGAARD, <u>CIRCUIT JUDGES</u>

    Submitted is Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

    in the above-captioned case.

                                                    Respectfully,
                                                    Clerk

MMW/JIB/je/tmk

                                             O R D E R

The foregoing request for a certificate of appealability is denied. Appellant has failed to sufficiently show cause and prejudice to excuse his procedural default in state court, thus allowing for federal habeas review. See <u>Coleman v. Thompson</u>, 501 U.S. 722, 750 (1991); <u>see also</u> <u>Werts v. Vaughn</u>, 228 F.3d 178, 193 (2000). Appellant has likewise failed to establish that the miscarriage of justice exception is warranted in this case. See <u>Schlup v. Delo</u>, 513 U.S. 298, 327 (1995). Thus, the District Court did not err in dismissing Appellant's petition on procedural grounds. See <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

                                             By the Court,

                                             /s/ D. Brooks Smith
                                             Circuit Judge    **A True Copy:**

                                                                         *Marcia M. Waldron*

Dated: April 20, 2006
tmk/cc: Mr. Anthony Morris                                           Marcia M. Waldron, Clerk
        Thomas E. Brown, Esq.